# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL P. ARELLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:14-cv-00435-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>ECF NO. 2<br><br>TWENTY DAY DEADLINE |

Plaintiff Samuel P. Arellano ("Plaintiff") filed a complaint on March 26, 2014. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application is incomplete. Plaintiff did not provide a response to question 2(d), which pertains to disability or worker's compensation payments, and Plaintiff did not provide adequate information relating to his income from gifts and other sources. Plaintiff did not provide any detail regarding how often he receives income from gifts and other sources or how much he expects to receive in the future. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff does not complete and submit the long form application, Plaintiff must pay the filing fee in full.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action in full, or (2) complete and file the application to proceed in forma pauperis (long form); and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **March 26, 2014**

UNITED STATES MAGISTRATE JUDGE