# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL P. ARELLANO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:14-cv-00435-LJO-SAB<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 3) |

On March 26, 2014, Plaintiff Samuel P. Arellano ("Plaintiff") filed an application to proceed in forma pauperis in this action without prepayment of fees.  (ECF No. 2.)  On March 27, 2014, the magistrate judge issued an order denying Plaintiff's application to proceed in forma pauperis and directed Plaintiff to either file a long form application or pay the filing fee within thirty days.  Plaintiff was advised that failure to comply with the order would result in this action being dismissed.  (ECF No. 3.)  More than thirty days have passed and Plaintiff has not filed the long form application, paid the filing fee in this action, or otherwise responded to the Court's order.

Accordingly, this action is HEREBY DISMISSED without prejudice, for Plaintiff's failure comply with the March 27, 2014 order.  The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2014**             **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

1